CO-386-online
10/03

# United States District Court
# For the District of Columbia

JUDICIAL WATCH, INC.

                      VS      Plaintiff

U.S. DEPARTMENT OF HOMELAND SECURITY, and
U.S. DEPARTMENT OF JUSTICE, and
U.S. DEPARTMENT OF STATE,

                          Defendant

Civil Action No._____

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __JUDICIAL WATCH, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __JUDICIAL WATCH, INC.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__429716__
BAR IDENTIFICATION NO.

Paul J. Orfanedes
Print Name

501 School Street, SW, Suite 500
Address

Washington, DC      20024
City    State    Zip Code

(202) 646-5172
Phone Number