UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH<br>501 School Street, S.W., Suite 500<br>Washington, D.C.<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY<br>2201 C Street, N.W.<br>Arlington, VA 22202<br><br>and<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20530<br><br>and<br><br>UNITED STATES DEPARTMENT OF STATE<br>2201 C Street, N.W.<br>Washington, D.C.  20520<br><br>    Defendants, | Civil Action No. 07-506 (RJL)<br>Electronic Case Filing |

NOTICE OF ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel for U.S. Department of Homeland Security, U.S. Department of Justice and U.S. Department of State Defendants in the

above-captioned case.

                                              Respectfully submitted,

                                              _____/s/_____
                                              QUAN K. LUONG
                                              Special Assistant United States Attorney
                                              United States Attorney's Office
                                              Judiciary Center Building
                                              555 4th Street, N.W. - Room E4417
                                              Washington, D.C. 20530
                                              (202) 514-9150
                                              quan.luong@usdoj.gov