UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH,<br><br>        Plaintiff<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>        Defendants. | Civil Action No. 07-0506 (RJL) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants U.S. Department of Homeland Security, U.S. Department of Justice, and U.S. Department of State respectfully move for an enlargement of time to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure. Defendants' response is currently due on April 23, 2007. Defendants respectfully request an enlargement of time until May 14, 2007, to file an answer or otherwise respond to the complaint. In support of this request, Defendants states as follows:

1. Plaintiff's Freedom of Information Act ("FOIA") complaint involves three different federal Agencies, the U.S. Department of Homeland Security, the U.S. Department of Justice, and the U.S. Department of State.

2. The undersigned Assistant United States Attorney (AUSA) has learned that agency counsel require additional time to review their files in order to prepare a response to the complaint.

3. The Defendants are requesting an additional three weeks to answer or otherwise

respond to Plaintiff's complaint.

4. The undersigned AUSA has spoken to Plaintiff's counsel, Meredith DeViera, and she has graciously given her consent to this request for enlargement.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JUDICIAL WATCH,                     )
                                    )
         Plaintiff                  )
                                    )
                                    ) Civil Action No. 07-0506 (RJL)
         v.                         )
                                    )
U.S. DEPARTMENT OF HOMELAND         )
SECURITY, et al.                    )
                                    )
         Defendants.                )
_____)

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before May 14, 2007.

_____
UNITED STATES DISTRICT JUDGE