UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civil Action No. 07-0506 (RJL) ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al. | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' SECOND CONSENT MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants United States Department of Homeland Security ("DHS"), United States Department of Justice ("DOJ"), and United States Department of State ("State") (collectively "Defendants") respectfully move for a second enlargement of time to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure. Defendants' responses are currently due on May 14, 2007. Defendants respectfully request an enlargement of time until May 21, 2007, to file an answer or otherwise respond to the complaint. In support of this request, Defendants states as follows:

1. Plaintiff's Freedom of Information Act ("FOIA") complaint involves three different FOIA requests sent to three different federal Agencies: (a) DHS; (b) DOJ; and (c) State.

2. The undersigned Assistant United States Attorney (AUSA) and Judicial Watch counsel are currently in the process of discussing possible resolution of some or all of the issues presented in this complaint. On this point, the Parties have drafted joint

      pleadings that they have not yet had a full opportunity to review and discuss.

3.     The undersigned AUSA has spoken to Judicial Watch counsel, Paul Orfanedes, and he has given his consent to this request for enlargement.

4.     A proposed order consistent with the relief sought is attached.

                                  Respectfully submitted,

                                  _____/s/_____
                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                United States Attorney

                                _____/s/_____
                                RUDOLPH CONTRERAS, D.C. BAR # 434122
                                Assistant United States Attorney

                                _____/s/_____
                                QUAN K. LUONG
                                Special Assistant United States Attorney
                                555 Fourth Street, N.W., Room E-4417
                                Washington, D.C. 20530
                                (202) 514-9150 (telephone)
                                (202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JUDICIAL WATCH,                     )
                                    )
            Plaintiff               )
                                    )
                                    ) Civil Action No. 07-0506 (RJL)
      v.                            )
                                    )
U.S. DEPARTMENT OF HOMELAND         )
SECURITY, et al.                    )
                                    )
            Defendants.             )
_____)

**ORDER**

UPON CONSIDERATION of the Defendants' Second Consent Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before May 21, 2007.

_____
UNITED STATES DISTRICT JUDGE