UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH,<br><br>        Plaintiff<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>        Defendants. | Civil Action No. 07-0506 (RJL) |

ANSWER BY DEFENDANT UNITED STATES DEPARTMENT OF JUSTICE AND
DEFENDANT UNITED STATES DEPARTMENT OF STATE

Defendants, United States Department of Justice ("DOJ") and United States Department of State ("State") hereby respond to the complaint as follows:

First Affirmative Defense

The plaintiff has failed to state a claim upon which relief can be granted.

SPECIFIC RESPONSES

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, defendants further respond to plaintiff's complaint as follows by responding to the numbered paragraphs of the complaint:

1.      This paragraph contains plaintiff's allegations regarding jurisdiction, to which no response is required. To the extent that they may be deemed allegations of fact, they are denied by all defendants.

2.      This paragraph contains plaintiff's allegations regarding venue, to which no response is required. To the extent they may be deemed allegations of fact, they are denied by all defendants.

3. Defendant DOJ and defendant State are without information sufficient to admit or deny the allegations contained within this paragraph.

4. Defendant DOJ and defendant State are without information sufficient to admit or deny the allegations contained within this paragraph.

5. Defendant DOJ admits the first and second sentence of this paragraph. At this point, defendant DOJ is without information sufficient to admit to deny the third sentence of this paragraph. Defendant State is without information sufficient to admit or deny the allegations contained within this paragraph.

6. Defendant State admits the first and second sentence of this paragraph. At this point, defendant State is without information sufficient to admit to deny the third sentence of this paragraph. Defendant DOJ is without information sufficient to admit or deny the allegations contained within this paragraph.

7. Defendant DOJ and defendant State are without information sufficient to admit or deny the allegations contained within this paragraph.

8. Defendant DOJ admits this paragraph. Defendant State is without information sufficient to admit or deny the allegations contained within this paragraph.

9. Defendant State admits this paragraph. Defendant DOJ is without information sufficient to admit or deny the allegations contained within this paragraph.

10. Defendant DOJ and defendant State are without information sufficient to admit or deny the allegations contained within this paragraph.

11. Defendant DOJ admits the first sentence of this paragraph. Defendant DOJ admits the second sentence of this paragraph but advises that by letter dated April 3, 2007,

defendant DOJ responded to plaintiff's FOIA request. Defendant State is without information sufficient to admit or deny the allegations contained within this paragraph.

12. Defendant State admits the first sentence of this paragraph. With regard to the second sentence of this paragraph, defendant State admits that it has not produced records responsive to plaintiff's request. Defendant State further avers that it acknowledged receipt of the plaintiff's request by letter dated April 6, 2007, and that the request is currently being processed. Defendant DOJ is without information sufficient to admit or deny the allegations contained within this paragraph.

13. Defendants' responses to paragraphs 1 through 12 are incorporated by reference.

14. Paragraph 14 contains legal conclusions to which no response is necessary by any defendants.

The paragraphs following Paragraph 14 of the complaint constitute a prayer for relief, to which no answer is required.

All defendants deny any remaining allegations not specifically admitted above.

WHEREFORE, having fully answered, Defendants DOJ and State respectfully request that this action be dismissed with prejudice and that the Court grant defendants its costs and such other relief as may be appropriate.

        Respectfully submitted,

        ____/s/_____
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        ___/s/_____
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

    ____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)