IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  07-0506 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al. | ) ) | |
| _____ | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff, Judicial Watch, Inc. ("Judicial Watch"), respectfully submits this unopposed motion for extension of time to file its opposition to Defendant U.S. Department of Homeland Security's ("DHS") motion for an Open America stay.  As grounds therefor, Plaintiff states as follows:

**MEMORANDUM OF LAW**

On January 24, 2007, Judicial Watch served a FOIA request on DHS seeking communications between DHS and other named entities regarding the prosecution of U.S. Border Patrol Agents Ignacio "Nacho" Ramos and Jose Alonso Compean.  DHS acknowledged receipt of Judicial Watchs FOIA request by letter dated January 31, 2007.  By letter dated February 13, 2007, DHS granted Judicial Watch a fee waiver.  However, as of March 16, 2007, DHS had failed to produce records responsive to Judicial Watch's request.  On March 16, 2007, Judicial Watch filed this lawsuit.

On May 21, 2007, DHS filed a motion for an "Open America" stay.  Judicial Watch's opposition is currently due on Monday, June 4, 2007.  Judicial Watch respectfully requests an additional one week to file its opposition, to and including, Monday, June 11, 2007.  Counsel for

Judicial Watch submits that this additional one week is necessary due to conflicting professional obligations. Specifically, Judicial Watch had been completing an opposition to a motion to dismiss or, in the alternative for summary judgment in the case of *Judicial Watch, Inc. v. FDA*, Civil Action No. 07-00561 (RCL). Counsel has also been preparing for and will be traveling out of state for oral argument in the case of *Wright v. FBI*, Civil Action No. 03C-5876 (CRN). DHS consents to this extension. Judicial Watch has not sought any previous extensions of time. DHS has filed two unopposed extensions of time. The Court granted both extensions.

　　　　WHEREFORE Judicial Watch respectfully requests that the Court grant Judicial Watch an extension of one (1) week, until and including Monday, June 11, 2007, in which to file its opposition to DHS' motion for an Open America stay.

June 1, 2007                                                                Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　　　　JUDICIAL WATCH, INC.


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Paul J. Orfanedes
　　　　　　　　　　　　　　　　　　　　　　　　D.C Bar No. 429716
　　　　　　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　　　　　501 School Street, S.W.
　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20024
　　　　　　　　　　　　　　　　　　　　　　　　(202) 646-5172

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff


**LOCAL RULE 7(m) CERTIFICATE OF COUNSEL**

　　　On May 30, 2007, I contacted Quan Luong, Esq., counsel for Defendant DHS, by email, to confer and inquire whether his client would consent to the extension of time. Mr. Luong responded that he consented to the extension.


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Meredith L. Di Liberto

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND )<br>SECURITY, et al. )<br>_____) | Civil Action No.  07-0506 (RJL) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time and the entire record herein, it is hereby

ORDERED that:

1. Judicial Watch's motion is granted.

2. Judicial Watch shall submit its opposition to Defendant DHS' motion for an Open America stay no later than Monday, June 11, 2007.

SO ORDERED.

DATE:_____         _____
                                                                The Honorable Richard J. Leon
                                                                United States District Judge