UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH,<br><br>       Plaintiff<br><br>       v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-0506 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT UNITED STATES DEPARTMENT OF HOMELAND SECURITY'S MOTION TO ENLARGE TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR *OPEN AMERICA* STAY**

Defendant United States Department of Homeland Security ("DHS") respectfully moves for a brief enlargement of time to file a reply to Plaintiff's opposition to Defendant's motion for an *Open America* stay, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure. Defendants' reply is currently due June 21, 2007. Defendant respectfully requests a brief enlargement of time until June 26, 2007 to file its answer. In support of this request, Defendant states as follows:

1. Due to the press of other work this week, including a motion to dismiss, a reply, and a meet and confer statement in three other cases before the District Court, the undersigned counsel requires additional time to prepare its reply.

2. The undersigned AUSA has conferred with Plaintiff's counsel and she has graciously given her consent to this request for enlargement.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610

United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_\_\_/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
JUDICIAL WATCH,                        )
                                       )
            Plaintiff                  )
                                       )
                                       ) Civil Action No. 07-0506 (RJL)
      v.                               )
                                       )
U.S. DEPARTMENT OF HOMELAND            )
SECURITY, et al.                       )
                                       )
            Defendants.                )
_____)

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this

____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendant shall file its an reply on or before June 26, 2007.


_____
UNITED STATES DISTRICT JUDGE