UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HOMELAND ) <br> SECURITY, et al. ) <br> ) <br> Defendants. ) | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-0506 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT UNITED STATES DEPARTMENT OF HOMELAND SECURITY'S MOTION TO ENLARGE TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY**

Defendant United States Department of Homeland Security ("DHS") respectfully moves for a brief enlargement of time until July 25, 2007 to file a response to Plaintiff's motion for leave to file a surreply. Docket Entry 15. In support of this request, Defendant DHS states as follows:

1. Due to the press of other work, including but not limited to pleadings due this past week in two cases before the District Court and pleadings due on Monday, July 23, 2007 in three separate cases before the Court of Appeals, the undersigned counsel has not had an opportunity to confer with Agency counsel about the Plaintiff's motion and requires additional time to prepare its response.

2. This extension is sought in good faith and will not unfairly prejudice any party.

3. The undersigned counsel has conferred with Plaintiff's counsel Meredith DiLiberto and she has graciously given her consent to this brief request for enlargement.

Respectfully submitted,

\_\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_\_\_/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JUDICIAL WATCH,                     )
                                    )
           Plaintiff                )
                                    )
                                    ) Civil Action No. 07-0506 (RJL)
        v.                          )
                                    )
U.S. DEPARTMENT OF HOMELAND         )
SECURITY, et al.                    )
                                    )
           Defendants.              )
_____ )

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that Defendant shall file its response to Plaintiff's Motion for Leave to File a Surrreply on or before July 25, 2007.

_____
UNITED STATES DISTRICT JUDGE