UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JUDICIAL WATCH, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civ. Action No. 07cv506 (RJL) |
| U.S. DEPARTMENT OF | ) |
| HOMELAND SECURITY, *et al.* | ) |
| | ) |
| Defendants. | ) |

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 24TH day of September 2007, hereby

**ORDERED** that [#14] plaintiff's Motion for a Preliminary Injunction is DENIED.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

