**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  07-0506 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STIPULATION OF PARTIAL DISMISSAL**

Pursuant to Fed. R. Civ. P. (41)(a)(1)(ii), the parties hereby submit this joint stipulation to dismissal with prejudice of all claims arising under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, against Defendant U.S. Department of State, with each party to bear its own attorneys' fees and costs.

Dated: October 26, 2007                     Respectfully submitted,


/s/ Meredith L. Di Liberto                     /s/
Meredith L. Di Liberto                         Jeffrey A. Taylor
JUDICIAL WATCH, INC.                           United States Attorney
 D.C. BAR NO. 429716                           D.C. BAR # 498610
Suite 500
501 School Street, SW
Washington, DC 20023
(206) 646-5172                                 /s/
(206) 646-5199 facsimile                       Rudolph Contreras
                                               Assistant United States Attorney
                                               D.C. BAR # 434122

‾‾‾‾‾‾

/s/
_____
Blanche L. Bruce
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-6078
(202) 514-8780 facsimile