**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-0506 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND BRIEFING SCHEDULE**

Pursuant to the Court's October 5, 2007 Order, the parties, by counsel, hereby submit this joint status report and briefing schedule. Counsel has met and conferred regarding the status of this case and determined that Defendant U.S. Department of State will be dismissed from the lawsuit by means of a joint stipulation of partial dismissal filed Friday, October 26, 2007. Counsel also agreed on a proposed briefing schedule for Plaintiff and Defendant U.S. Department of Justice ("DOJ"). The parties propose the following schedule for this case:

| | |
|---|---|
| November 9, 2007 | Deadline for Judicial Watch's Motion For Partial Summary Judgment |
| December 14, 2007 | Deadline for DOJ's Cross-Motion For Summary Judgment and Opposition to Judicial Watch's Motion For Partial Summary Judgment |
| January 11, 2008 | Deadline for Judicial Watch's Opposition to DOJ's Cross-Motion and Reply in Support of Its Motion For Partial Summary Judgment |
| January 25, 2008 | Deadline for DOJ's Reply in Support of Its Cross-Motion For Summary Judgment |

Defendant U.S. Department of Homeland Security ("DHS") was granted an Open America stay on October 5, 2007, therefore, this briefing schedule does not affect it.

Dated: October 26, 2007                             Respectfully submitted,


 /s/ Meredith L. Di Liberto                         Jeffrey A. Taylor
Meredith L. Di Liberto                              United States Attorney
JUDICIAL WATCH, INC.
 D.C. BAR NO. 429716
Suite 500                                           Rudolph Contreras
501 School Street, SW                               Assistant United States Attorney
Washington, DC 20023
(206) 646-5172
(206) 646-5199 facsimile
                                                            /s/
                                                    Blanche L. Bruce
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    555 4th Street, N.W.,
                                                    Washington, D.C. 20530
                                                    (202) 307-6078
                                                    (202) 514-8780 facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-0506 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT PROPOSED SCHEDULING ORDER**

Upon the recommendation of the parties, it is hereby **ORDERED** that the briefing schedule for dispositive motions be as follows:

| | |
|---|---|
| November 9, 2007 | Deadline for Judicial Watch's Motion For Partial Summary Judgment |
| December 14, 2007 | Deadline for DOJ's Cross-Motion For Summary Judgment and Opposition to Judicial Watch's Motion For Partial Summary Judgment |
| January 11, 2008 | Deadline for Judicial Watch's Opposition to DOJ's Cross-Motion and Reply in Support of Its Motion For Partial Summary Judgment |
| January 25, 2008 | Deadline for DOJ's Reply in Support of Its Cross-Motion For Summary Judgment |

Dated: _____     _____
                                  Richard J. Leon
                                  U.S. District Court Judge