## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.               )
                                   )
                    Plaintiff,     )
                                   )
        v.                         )        Civil Action No. 07-0506 (RCL)
                                   )
UNITED STATES DEPARTMENT OF        )
        JUSTICE                    )
_____   )
                    Defendant.

### MOTION FOR ENLARGEMENT OF TIME
### TO FILE SUMMARY JUDGMENT MOTION

Defendant United States Department of Justice moves for an enlargement of time until February 1, 2008, to file its cross-motion for summary judgment. Defendant's cross-motion for summary judgment is due on December 14, 2007. In support of this request, Defendant states the following.

1.      The undersigned counsel is the second attorney on this case and is still learning the case. Also, because of the undersigned counsel's schedule, the upcoming the holidays, and the fact that the undersigned counsel will be out of the office from January 7, 2008 through January 11, 2008, Defendant needs until Friday, February 1, 2008, to respond Plaintiff's motion for summary judgment.

2.      The undersigned counsel spoke with Plaintiff's counsel and he did not oppose Defendant's request for an enlargement of time.

## **CONCLUSION**

For the above stated reasons, Defendant requests an enlargement of time to file is

summary judgment.

Respectfully submitted,

_____

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____

 RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)


Dated: December 14,  2007

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JUDICIAL WATCH, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-0506 (RCL)** |
| | ) | |
| **UNITED STATES DEPARTMENT OF** | ) | |
| **JUSTICE** | ) | |
| _____ | ) | |

**<u>ORDER</u>**

UPON CONSIDERATION of the United States Department of Justice's Motion for

Enlargement of Time, the merits thereof, and for good cause shown, it is this _____ day of

_____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that Defendant shall have up to and including February 1, 2008,

to file its cross-motion for summary judgment.

_____
United States District Judge