IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.

           Plaintiff,

v.                                         Civil Action No. 07-0506 (RCL)

UNITED STATES DEPARTMENT OF
    JUSTICE

           Defendant.

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE SUMMARY JUDGMENT MOTION

Defendant United States Department of Justice (DOJ) moves for an enlargement of time until February 15, 2008, to propose a schedule for completing summary judgment briefing in this case. Defendant's cross-motion for summary judgment is due on February 1, 2008. In support of this request, Defendant states the following.

On February 1, 2008, the undersigned counsel informed counsel for Plaintiff, Paul J. Orfanedes, that two additional weeks were needed to consult with other components within the Justice Department to discuss legal issues raised in Plaintiff's motion. By February 15, Plaintiff will have finalized its course of action and will then be able to propose a schedule for completing summary judgment briefing in this case. Plaintiff's counsel did not object to the February 15, 2008 extension.

**CONCLUSION**

For the above stated reasons, Defendant requests that the Court grant this extension request and set February 15, 2008 as the date for Defendant to propose a schedule for completing summary judgment briefing in this case.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
 RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

Dated: February 1, 2008

ECF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JUDICIAL WATCH, INC.**

         **Plaintiff,**

v.                                                                Civil Action No. 07-0506 (RCL)

**UNITED STATES DEPARTMENT OF
    JUSTICE**

         **Defendant.**

## ORDER

UPON CONSIDERATION of the United States Department of Justice's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008.

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that Defendant shall have up to and including February 15, 2008, to propose a schedule for completing the summary judgment briefing.

                                                  _____
                                                  United States District Judge