**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 1:07-cv-00506 (RJL) |
| v. | ) | |
| | ) | |
| U.S.DEPARTMENT OF | ) | |
| HOMELAND SECURITY, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Jason B. Aldrich of Judicial Watch, Inc. hereby enters his

appearance on behalf of Plaintiff in the above-captioned matter.


Respectfully submitted,

JUDICIAL WATCH, INC.


/s/ Jason B. Aldrich
D.C. Bar No. 495488
Suite 500
501 School Street, S.W.
Washington, DC 20024
(202) 646-5172

Attorneys for Plaintiff