UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 07-0506 (RJL) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, et al. | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE SUMMARY JUDGMENT MOTION**

Defendant United States Department of Justice (DOJ) moves for an enlargement of time until March 21, 2008, to file its cross-motion for summary judgment. Plaintiff Judicial Watch opposes the enlargement of time. The reasons for the enlargement are the following:

1. On February 1, 2008, the undersigned counsel requested until February 15, 2008, for additional time to consult with other components within the Department of Justice to discuss legal issues raised in Plaintiff's motion. The undersigned counsel has since consulted with the other components and will now file a cross-motion for summary judgment.

2. The undersigned counsel requests until March 21, 2008, because of her caseload. Plaintiff opposes the extension. The following represents filings due in the undersigned counsel's caseload until March 21, 2008.

    a) <u>Novo Nordisk v. Dudas</u>, 06-1896, a patent case, in which discovery closes on February 18, 2008;

b) <u>Raymond Lloyd v. FBI</u>, 07-1985, a federal tort claim case, in which an Answer to the Complaint is due on February 26, 2008;

c) <u>Sederis Fields v. Johanns</u>, 06-538, an employment discrimination case, in which the summary judgment motion is due on February 29, 2008;

d) <u>Grace Reisling v. Muskasey</u>, 07-2165, an employment discrimination case, in which the answer is due on March 5, 2008.

e) <u>Raul Ramos v. Federal Bureau of Prisons</u>, 07-0895, a FOIA matter, in which responses for two agencies are due on March 7, (the responses were due on February 15, however, the undersigned counsel will be seeking an extension to respond to only two of the five agencies)

f) <u>Singh v. George Washington University</u>, 06-0574, a federal tort claim case, in which a response to Plaintiff's motion on jurisdiction will be due on March 18, 2008.

The Court should further note that the undersigned counsel, with the exception of the <u>Lloyd</u> and <u>Reisling</u> case, was not the original counsel on these cases.

## CONCLUSION

For the above stated reasons, Defendant requests an enlargement of time to file its cross-motion for summary judgment.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
 RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

Dated: February 15, 2008
ECF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JUDICIAL WATCH, INC.**

        **Plaintiff,**

v.                                    Civil Action No. 07-0506 (RCL)

**UNITED STATES DEPARTMENT OF**
      **JUSTICE**

        **Defendant.**

### ORDER

UPON CONSIDERATION of the United States Department of Justice's Motion for Enlargement of Time, the merits thereof, and for good cause shown, and Plaintiff's oppositions, it is this ____ day of _____, 2008.

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that Defendant shall have up to and including March 21, 2008, to file its cross-motion for summary judgment.

                                                               _____
                                                                United States District Judge