IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-0506 (RJL) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT DEPARTMENT OF JUSTICE'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by counsel, respectfully submits this unopposed motion for an extension of time in which to file its opposition to Defendant Department of Justice's Cross-Motion for Summary Judgment. This is Plaintiff's first request for an extension of time. As grounds therefor, Plaintiff states as follows:

**MEMORANDUM OF LAW**

Plaintiff's Opposition to Defendant Department of Justice's ("DOJ") Cross-Motion for Summary Judgment is currently due on or before Friday, April 4, 2007. However, due to other upcoming matters, Plaintiff respectfully submits that it will need additional time. These matters include preparing for an upcoming deposition in *Judicial Watch, Inc., v. U.S. National Archives and Record Administration*, C.A. No. 07-1267 (JR) and an appellate brief in the matter of *Garcia, et.al., v. City of Laguna Beach, et. al.,* Case No. 06CC10595 (Orange Co. Sup. Ct.) In addition, Plaintiff's lead counsel will be out of town on business on Friday, April 4, 2008 and was out of town on a long planned vacation during the week of March 24-28, 2008. Therefore, in order to fully prepare an

appropriate response, Plaintiff requests that it be granted until Friday, April 11, 2008, to file its opposition.

Jason Aldrich Esq., counsel for Plaintiff contacted counsel for Defendant DOJ, Blanche L. Bruce Esq., concerning this motion. Ms. Bruce stated that her client consents to Plaintiff's request.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff up to and including Friday, April 11, 2008 in which to file its Opposition to Defendant Department of Justice's Cross-Motion for Summary Judgment.

Respectfully submitted,

JUDICIAL WATCH, INC.

\s\ Jason B. Aldrich
DC Bar No. 495488
Paul J. Orfanedes, Esq.
DC Bar No. 429716
Suite 725
501 School Street, S.W.
Washington, D.C. 20024
(202) 646-5160

Attorneys for Plaintiff

**LOCAL RULE 7.1(m) CERTIFICATE OF COUNSEL**

      On April 2, 2008, I contacted Blanche L. Bruce, Esq., counsel for Defendant, by telephone, to confer, and to inquire whether her client would consent to the relief requested herein. Ms. Bruce stated that her client consents to the requested relief.

      \s\ Jason B. Aldrich

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-0506 (RJL) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendant Department of Justice's Cross-Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that:

1. Plaintiff's Motion is granted.

2. Plaintiff's Opposition to Defendant Department of Justice's Cross-Motion for Summary Judgment shall be due on or before Friday, April 11, 2008.

SO ORDERED: _____

                                                                                              Hon. Richard J. Leon
                                                                                              United States District Judge

Date: