IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JUDICIAL WATCH, INC.**

      **Plaintiff,**

v.                                                                                  Civil Action No. 07-0506 (RCL)

**UNITED STATES DEPARTMENT OF
    JUSTICE**

      **Defendant.**

**DEFENDANT'S MOTION FOR LEAVE TO FILE ITS OPPOSITION
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant Department of Justice moves for leave to file its opposition to Plaintiff's Motion for Summary Judgment. Defendant requests leave to file because the undersigned counsel mistakenly thought that its cross-motion for summary judgment had the same effect as opposing the summary judgment motion. On April 18, 2008, the undersigned counsel sent an e-mail to Plaintiff's counsel requesting his position on the motion for leave to file but has not received a response.

Wherefore, Defendant requests that the motion for leave to file be granted.

      Respectfully submitted,


/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JUDICIAL WATCH, INC.**

        **Plaintiff,**

v.                                           Civil Action No. 07-0506 (RCL)

**UNITED STATES DEPARTMENT OF
    JUSTICE**

        **Defendant.**

### ORDER

UPON CONSIDERATION of the United States Department of Justice's Motion for Leave to File its Opposition to Plaintiff's Motion for Summary Judgment, the merits thereof, and for good cause shown, and the entire record, it is this ____ day of _____, 2008.

HEREBY ORDERED that Defendant United States Department of Justice Motion for Leave to File its Opposition to Plaintiff's Motion for Summary Judgment is granted.

                                               _____
                                               United States District Judge