IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., </br></br> Plaintiff, </br></br> v. </br></br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., </br></br> Defendants. | ) </br> ) </br> ) </br> ) C.A. No. 07-0506 (RJL) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, by counsel, respectfully submits this unopposed motion for an extension of time in which to file its reply to Defendant Department of Justice's ("DOJ") opposition to Plaintiff's Motion for Partial Summary Judgment. This is Plaintiff's first request for an extension of time to file its reply. As grounds therefor, Plaintiff states as follows:

**MEMORANDUM OF LAW**

Plaintiff's reply to Defendant DOJ's opposition to Plaintiff's Cross-Motion for Summary Judgment is currently due on or before Thursday, May 1, 2008. However, due to other ongoing matters, Plaintiff respectfully submits that it will need additional time. These matters include preparing for a motions hearing in *Judicial Watch, Inc., v. U.S. National Archives and Records Administration*, C.A. No. 07-1987 (PLF), and filing a reply brief in *Fonseca v. Fong, et al.*, Case No. A120206 (Cal. Ct. App.). In addition, Plaintiff's lead counsel will be out of town for the next several days to take depositions in *Sturgeon v. Bratton*, Case No. BC351646 (L.A. Cty. Sup. Ct.). Therefore, in order to fully prepare an appropriate reply, Plaintiff requests that it be granted until

Friday, May 9, 2008, to file its reply.

On April 30, 2008, Jason Aldrich Esq., counsel for Plaintiff contacted counsel for Defendant DOJ, Blanche L. Bruce Esq., concerning this motion. Ms. Bruce stated that her client consents to Plaintiff's request.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff up to and including Friday, May 9, 2008 in which to file its reply to Defendant DOJ's opposition to Plaintiff's Motion for Partial Summary Judgment.

Respectfully submitted,

JUDICIAL WATCH, INC.

\s\ Jason B. Aldrich
DC Bar No. 495488
Paul J. Orfanedes, Esq.
DC Bar No. 429716
Suite 725
501 School Street, S.W.
Washington, D.C. 20024
(202) 646-5160

Attorneys for Plaintiff

**LOCAL RULE 7.1(m) CERTIFICATE OF COUNSEL**

 On April 30, 2008, I contacted Blanche L. Bruce, Esq., counsel for Defendant, by telephone, to confer, and to inquire whether her client would consent to the relief requested herein. Ms. Bruce stated that her client consents to the requested relief.

 \s\ Jason B. Aldrich

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-0506 (RJL) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File Reply to Defendant Department of Justice's Opposition to Plaintiff's Motion for Partial Summary Judgment, and the entire record herein, it is hereby

ORDERED that:

1.  Plaintiff's Motion is granted.

2.  Plaintiff's Reply to Defendant Department of Justice's Opposition to Plaintiff's Motion for Partial Summary Judgment shall be due on or before Friday, May 9, 2008.

SO ORDERED:                                           _____
                                                      Hon. Richard J. Leon
                                                      United States District Judge

Date: