IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
|     Plaintiff, | ) Civil Action No. 07-0506 (RJL) |
| v. | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) |
|     Defendants. | ) |

**JOINT STIPULATION OF PARTIAL DISMISSAL**

The parties, by counsel and pursuant to Fed. R. Civ. P. (41)(a)(1)(ii), hereby stipulate and agree to the dismissal, with prejudice, of Plaintiff's Freedom of Information Act claim against Defendant U.S. Department of Homeland Security, each party to bear its own attorneys' fees and costs. Plaintiff's Freedom of Information Act claim against Defendant U.S. Department of Justice remains pending before the Court.

Dated: May 19, 2008

 /s/ Paul J. Orfanedes
Paul J. Orfanedes,
D.C. Bar No. 429716
JUDICIAL WATCH, INC.
Suite 500
501 School Street, S.W.
Washington, DC 20023
(206) 646-5172
(206) 646-5199 facsimile

*Attorneys for Plaintiff*

Respectfully submitted,

 /s/ Jeffrey A. Taylor
Jeffrey A. Taylor
D.C. Bar No. 498610
United States Attorney

 /s/ Rudolph Contreras
Rudolph Contreras
Assistant United States Attorney
D.C. Bar No. 434122

 /s/ Blanche L. Bruce
Blanche L. Bruce
D.C. Bar No. 960245
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Tel:    (202) 307-6078
Fax:   (202) 514-8780

*Attorneys for Defendants*